**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-15-00111-CR
_____

### JOSEPH RIOS, Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Fillmore and Stoddart

Based on the Court's opinion of this date, we **GRANT** the June 19, 2015 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joseph Rios, TDCJ No. 01981131, Fort Stockton, 1536 E. IH-10, Fort Stockton, Texas, 79735.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE